UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-12-16

| | |
|---|---|
| WILLIAM GRECIA,<br><br>                            Plaintiff,<br>-v-<br>MASTERCARD, INC.,<br><br>                            Defendant. | No. 15-cv-9059 (RJS)<br>ORDER |
| WILLIAM GRECIA,<br><br>                            Plaintiff,<br>-v-<br>VISA, INC.,<br><br>                            Defendant. | No. 15-cv-9210 (RJS)<br>ORDER |
| WILLIAM GRECIA,<br><br>                            Plaintiff,<br>-v-<br>AMERICAN EXPRESS CO.<br><br>                            Defendant. | No. 15-cv-9217 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, District Judge:

On March 30, 2016, Defendant Visa, Inc. submitted a letter requesting permission to file a motion to transfer the case against it to the Northern District of California pursuant to 28 U.S.C. § 1404(a). (15-cv-9210 (RJS), Doc. No. 23.) The Court is now in receipt of letters from Defendants MasterCard, Inc. (15-cv-9059 (RJS), Doc. No. 19) and American Express, Co. (15-

cv-9217 (RJS), Doc. No. 28), indicating that they do not oppose Defendant Visa Inc.'s request, and a letter from Plaintiff opposing the request (15-cv-9210 (RJS), Doc. No. 27). Defendants MasterCard, Inc. and American Express Co. also ask the Court to stay this action pending resolution of three *inter parte* petitions currently pending before the United States Patent and Trademark Office involving claims related to the asserted patents in this action. Defendant Visa, Inc.'s motion to transfer the case to the Northern District of California pursuant to 28 U.S.C. § 1404(a) is deemed made and briefed. Should the parties wish to provide any supplemental briefing, IT IS HEREBY ORDERED THAT they shall do so by April 25, 2016. IT IS FURTHER ORDERED THAT Plaintiff shall file a response by April 25, 2016 to the requests of Defendants MasterCard, Inc. and American Express Co. that this action be stayed pending resolution of the *inter parte* review petitions before the United States Patent Office.

The Clerk of the Court is respectfully requested to docket this order in each of the above-captioned cases and to terminate the motion pending at docket number 23 of 15-cv-9210 (RJS).

SO ORDERED.

Dated: April 12, 2016
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE