UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5.10.16

| | |
|---|---|
| WILLIAM GRECIA,<br><br>      Plaintiff,<br>-v-<br>MASTERCARD, INC.,<br><br>      Defendant. | No. 15-cv-9059 (RJS)<br>ORDER |
| WILLIAM GRECIA,<br><br>      Plaintiff,<br>-v-<br>VISA, INC.,<br><br>      Defendant. | No. 15-cv-9210 (RJS)<br>ORDER |
| WILLIAM GRECIA,<br><br>      Plaintiff,<br>-v-<br>AMERICAN EXPRESS CO.<br><br>      Defendant. | No. 15-cv-9217 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, District Judge:

  As stated on the record at the conference held on Friday, May 6, 2016, IT IS HEREBY ORDERED THAT these three related cases are each stayed pending resolution of the inter parte review petitions currently pending before the United States Patent Office. IT IS FURTHER ORDERED THAT the parties shall submit a joint letter by September 15, 2016 on the status of

those proceedings. IT IS FURTHER ORDERED THAT Defendant Visa Inc.'s motion to transfer pursuant to 28 U.S.C. § 1404(a) is denied without prejudice to renewal at a later date. IT IS FURTHER ORDERED THAT Plaintiff has leave from the Court to amend his Complaint against Defendant American Express Co. by May 13, 2016.

The Clerk of the Court is respectfully requested to docket this order on each of the above-captioned cases.

SO ORDERED.

Dated: May 10, 2016
       New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE